UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BERNARD SPEARS, | ) | Case No. CV 09-5487 JC |
| Plaintiff, | ) | |
| v . | ) | JUDGMENT |
| CHASE HOME FINANCE, LLC, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the Motion for Summary Judgment filed by the two remaining defendants in this action – Chase Home Finance, LLC ("Chase") and Deutsche Bank National Trust Company as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-HEI ("Deutsche Bank") (collectively "Moving Defendants") is GRANTED.  Judgment shall be entered in favor of the Moving Defendants on plaintiff's federal claims.  Plaintiff's state declaratory relief predicates and the Doe Defendants are dismissed.

IT IS SO ORDERED AND ADJUDGED.

DATED:  November 2, 2010

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE